MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: DANNA DRORI
Assistant United States Attorney
86 Chambers Street
New York, New York  10007
Telephone: (212) 637-2689
Facsimile: (212) 637-2717

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
In re                                            :    Chapter 11
                                                 :
WORLDCOM, INC., et al.,                          :    Case No. 02-13533 (AJG)
                                                 :
             Reorganized Debtors.                :    (Confirmed Case)
------------------------------------------------------------ x

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that the Internal Revenue Service, by its attorney Michael J. Garcia, United States Attorney for the Southern District of New York, hereby appeals to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. § 158(a), from the Stipulation and Order, which was entered on February 20, 2008.

This appeal relates to the same issues currently on appeal from the United States Bankruptcy Court in Internal Revenue Service v. Worldcom, Inc., 07 Civ. 7414 (BSJ) (S.D.N.Y.).

The parties to the Stipulation and Order appealed from, and the names and addresses of their respective attorneys, are as follows:

| | |
|---|---|
| Debtor/Appellee: | WorldCom, Inc. |
| Attorney: | Weil, Gotshal & Manges, LLP |
| | Marcia L. Goldstein, Esq. |
| | Lori R. Fife, Esq. |
| | Alfredo R. Pérez, Esq. |
| | 767 Fifth Avenue |
| | New York, New York  10153-0119 |
| | Telephone: (212) 310-8000 |
| | |
| Creditor/Appellant: | Internal Revenue Service |
| Attorney: | Michael J. Garcia |
| | United States Attorney for the Southern District of New York |
| | Danna Drori, Esq. |
| | Assistant United States Attorney |
| | 86 Chambers Street |
| | New York, New York  10007 |
| | Telephone: (212) 637-2689 |

Dated: New York, New York
       February 27, 2008

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for the Internal Revenue Service

By:  /s/ Danna Drori
     DANNA DRORI
     Assistant United States Attorney
     Telephone: (212) 637-2689
     Facsimile: (212) 637-2717