MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: DANNA DRORI
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2689
Facsimile: (212) 637-2717
danna.drori@usdoj.gov

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re:                                                  :        CHAPTER 11

WORLDCOM, INC., et al.,                                 :        Case No. 02-13533 (AJG)

       Debtors.                                      :        (Jointly Administered)
----------------------------------------------------------X

### INTERNAL REVENUE SERVICE'S DESIGNATION OF CONTENTS OF RECORD ON APPEAL AND STATEMENT OF ISSUES ON APPEAL

**PLEASE TAKE NOTICE**, that the Internal Revenue Service ("IRS") hereby designates the following items to be included in the record on appeal from the Stipulation and Order, which was entered on February 20, 2008.

    1.    All items already identified in the "Internal Revenue Service's Designation of Contents of Record on Appeal and Statement of Issues on Appeal," previously filed in this matter on July 12, 2007 (Docket #18997).

    2.    Declaration of John Trofimuk, with attached exhibits, filed on November 9, 2007 (Docket #19145).

    3.    Stipulation and Order between the Internal Revenue Service and UUNET Technologies, Inc., entered on February 20, 2008 (Docket #19241).

   3.  Notice of Appeal, filed on February 27, 2008 (Docket #19246).

  **PLEASE TAKE FURTHER NOTICE**, that the IRS hereby states that the following are the issues on appeal:

   A.  Whether the Bankruptcy Court erred in holding that "central office-based remote access" telephone services are not taxable as "local telephone service" within the meaning of 26 U.S.C. § 4252(a).

Dated: New York, New York
    March 7, 2008

               Respectfully submitted,

               MICHAEL J. GARCIA
               United States Attorney for the
               Southern District of New York
               Attorney for the Internal Revenue Service

         By:  /s/ Danna Drori
             DANNA DRORI
             Assistant United States Attorney
             Telephone: (212) 637-2689
             Facsimile:  (212) 637-2717

To:  Marcia L. Goldstein, Esq.
    Lori R. Fife, Esq.
    Alfredo R. Perez, Esq.
    Weil, Gotshal & Manges LLP

    Diana G. Adams
    United States Trustee

CERTIFICATE OF SERVICE

        I, Danna Drori, an Assistant United States Attorney for the Southern District of New York, hereby certify that on March 7, 2008, I caused a copy of the INTERNAL REVENUE SERVICE'S DESIGNATION OF CONTENTS OF RECORD ON APPEAL AND STATEMENT OF ISSUES ON APPEAL to be served upon the below-listed by first class mail:

To:    Marcia L. Goldstein, Esq.                Diana G. Adams
        Lori R. Fife, Esq.                       United States Trustee
        Alfredo R. Perez, Esq.                33 Whitehall Street, 21st Floor
        Weil, Gotshal & Manges, LLP        New York, New York 10004
        767 Fifth Avenue
        New York, New York 10153-0119
        <u>Attorneys for Debtors</u>

Dated:        New York, New York
                 March 7, 2008

                                                  /s/ Danna Drori
                                            DANNA DRORI
                                            Assistant United States Attorney