WEIL, GOTSHAL & MANGES LLP
Attorneys for Reorganized Debtors
767 Fifth Avenue
New York, NY  10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Marcia L. Goldstein, Esq. (MG 2606)
Lori R. Fife, Esq. (LF 2839)
Alfredo R. Pérez, Esq. (AP 3629)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | |
| | : | **Chapter 11** |
| **WORLDCOM, INC., et al.,** | : | |
| | : | **Case No. 02-13533  (AJG)** |
| | : | |
| Reorganized Debtors. | : | **(Jointly Administered)** |

------------------------------------------------------------x

| | | |
|---|---|---|
| **INTERNAL REVENUE SERVICE OF THE** | : | |
| **UNITED STATES OF AMERICA,** | : | |
| | : | _____ Civ. ____ (_____) |
| Appellant, | : | |
| | : | |
| v. | : | |
| | : | |
| **WORLDCOM, INC., et al.,** | : | |
| | : | |
| Appellees. | : | |

------------------------------------------------------------x

**REORGANIZED DEBTORS' COUNTERDESIGNATION OF**
**ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD**
**ON APPEAL BY THE INTERNAL REVENUE SERVICE**

With regard to the Notice of Appeal dated February 27, 2008, filed by the

Appellant, Internal Revenue Service of the United States of America (the "IRS"), which has been

designated as Docket No. 19246 in the above-captioned cases, Verizon Business Global LLC

(successor by merger of reorganized debtor WorldCom, Inc.), and certain of its direct and

indirect subsidiaries (collectively, the "Reorganized Debtors"), Appellees, respectfully submit their counterdesignation of items to be included in the record on appeal pursuant to Federal Rule of Bankruptcy Procedure 8006 and Rule 8007-1 of the Local Bankruptcy Rules for the Southern District of New York, as follows:[1]

### Documents Filed in the United States Bankruptcy Court for the Southern District of New York

| Designation Number | Date of Filing | Docket Number | Description |
|---|---|---|---|
| 1 | 7/23/2007 | 19028 | All items already identified in the Reorganized Debtors' Counterdesignation of Additional Items to be Included in the Record on Appeal, previously filed in this matter. |
| 2 | 9/21/2007 | 19096 | Agreed Order signed on 9/21/2007 extending the deadlines regarding certain excise tax refund claims (claim no. 38365) for an additional 45 days. |
| 3 | 1/8/08 | 19206 | Agreed Order signed on 1/8/2008 extending deadline regarding certain excise tax refund claims. |
| 4 | 2/7/08 | 19233 | Third Agreed Order signed on 2/7/2008 extending deadline regarding certain excise tax refund claims. |

---

[1] The Reorganized Debtors reserve the right to amend this counterdesignation of additional items to be included in the record on appeal. For items designated, the designation includes all documents referenced within the particular document number, including, without limitation, all exhibits, attachments, declarations, and affidavits related thereto.

Dated: Houston, Texas
       March 17, 2008

Respectfully submitted,

  /s/ Alfredo R. Pérez
Marcia L. Goldstein, Esq. (MG 2606)
Lori R. Fife, Esq. (LF 2839)

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

and

Alfredo R. Pérez, Esq. (AP 3629)
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, TX 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511

Attorneys for the Reorganized Debtors