```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
In re:                              :
WORLDCOM, INC., et al.,             : Chapter 11
                                    : Case No. 02-13533 (AJG)
                    Debtors.        :
------------------------------------X
                                    :
INTERNAL REVENUE SERVICE,           : 07 Civ. 7414 (BSJ)
                                    : 08 Civ. 3070 (BSJ)
                    Appellant,      :
                                    :      Order
          v.                        :
                                    :
WORLDCOM, INC., et al.,             :
                                    :
                    Appellees.      :
------------------------------------X
```

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

Debtors in the above-captioned case are directed to review the sealed portions of the record on appeal and identify those parts of the record, if any, that they believe require continued confidentiality. The parties are then directed to file the remainder in the public record.

**SO ORDERED:**

                                                          _/s/ Barbara S. Jones_
                                                          BARBARA S. JONES
                                                          UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         July 22, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/08
```